IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sukhwinder Singh,<br><br>            Petitioner,<br><br>vs.<br><br>Katrina S. Kane,<br><br>            Respondent. | No. CV-11-00062-PHX-NVW (JRI)<br><br>**ORDER** |

Before the court is Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. 1). On April 21, 2011, United States Magistrate Jay R. Irwin issued a Report and Recommendation ("R & R") (Doc. 14) in accordance with 28 U.S.C. § 636(b)(1)(B). The R & R recommended that the petition be dismissed without prejudice for failure to prosecute. No objections were filed.

The court has reviewed the R & R and agrees with the magistrate judge's determinations. Accordingly, the court will accept the R & R and dismiss the Petition for Writ of Habeas Corpus. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge").

IT IS THEREFORE ORDERED accepting the Report and Recommendation of Magistrate Judge Irwin (Doc. #14).

1    IT IS FURTHER ORDERED that Clerk of the Court enter judgment dismissing
2 Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) without prejudice for failure to
3 prosecute. The Clerk shall terminate this action.
4    DATED this 10th day of May, 2011.

_____
Neil V. Wake
United States District Judge